
1  # TIFFANY & BOSCO
   ### P.A.

2  **2525 EAST CAMELBACK ROAD**

3  **SUITE 300**

   **PHOENIX, ARIZONA 85016**

4  **TELEPHONE: (602) 255-6000**

5  **FACSIMILE: (602) 255-0192**

6  Mark S. Bosco
   State Bar No. 010167

7  Leonard J. McDonald
   State Bar No. 014228

8  Attorneys for Movant

9  09-22527

10  ### IN THE UNITED STATES BANKRUPTCY COURT

11  ### FOR THE DISTRICT OF ARIZONA

12

13  IN RE:                                                    No. 4:09-bk-21038-JMM

14  James L. Farmer and Dianne E. Farmer               Chapter 13
            Debtors.

15  _____            ORDER

16  Deutsche Bank National Trust Company, as Trustee
    for Morgan Stanley ABS Capital I Inc. Trust 2006-    (Related to Docket #41)

17  HE5

            Movant,

18       vs.

19  James L. Farmer and Dianne E. Farmer, Debtors,

20  Dianne C. Kerns, Trustee.

21       Respondents.

22

23       Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

24  Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

25  and no objection having been received, and good cause appearing therefore,

26       IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

1  by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

2  property which is the subject of a Deed of Trust dated March 10, 2006 and recorded in the office of the

3  Pima County Recorder wherein Deutsche Bank National Trust Company, as Trustee for Morgan Stanley

4  ABS Capital I Inc. Trust 2006-HE5 is the current beneficiary and James L. Farmer and Dianne E. Farmer

5  have an interest in, further described as:

6      LOT 203 OF LAKESIDE NO. 3, ACCORDING TO THE MAP RECORDED IN BOOK 17 OF
        MAPS, PAGE 69, RECORDS OF PIMA COUNTY, ARIZONA.

7      IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written

8  correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance

9  Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement

10  with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against

11  Debtors if Debtors' personal liability is discharged in this bankruptcy case.

12

13      IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter

14  to which the Debtor may convert.

15

16

17

18

19

20

21

22

23

24

25

26